IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANA EATON                                                                                          PLAINTIFF

V.                              CASE NO. 3:11CV00256 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                        DEFENDANT

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 17th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE